| Fill in this information to identify your case: | |
|---|---|
| United States Bankruptcy Court for the: | |
| DISTRICT OF PUERTO RICO | |
| Case number *(if known)* | Chapter you are filing under: |
| | ☐ Chapter 7 |
| | ☑ Chapter 11 |
| | ☐ Chapter 12 |
| | ☐ Chapter 13 |

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **DF SERVICING LLC** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | None |
| 3. | Debtor's federal Employer Identification Number (EIN) | 66-0749884 |
| 4. | Debtor's address | **Principal place of business**<br><br>**130 MARGINAL STREET**<br>**Guaynabo, PR 00969**<br>Number, Street, City, State & ZIP Code<br><br>Guaynabo<br>County | **Mailing address, if different from principal place of business**<br><br>PO BOX 363686<br>San Juan, PR 00936<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br>VARIOUS, PUERTO RICO<br>Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | None |
| 6. | Type of debtor | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership<br>☐ Other. Specify: |

Debtor  __DF SERVICING LLC_____  Case number (if known) _____
       Name

**7.**    **Describe debtor's business**    *A. Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53AB))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above    Purchase and Sale of Construction Projects

*B. Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80a-3)

*C.* NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.naics.com/search/.

**8.**    **Under which chapter of the Bankruptcy Code is the Debtor filing?**    *Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check all that apply:*

     ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years after that).

     ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operation, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

     ☐ A plan is being filed with this petition.

     ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

     ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the attachment to *Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

     ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.**    **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

☒ No.

☐ Yes.

If more than 2 cases, attach a separate list.

| | District | | When | | Case number | |
|---|---|---|---|---|---|---|
| | District | | When | | Case number | |

**10.**    **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No

☒ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | See Attachment | | | Relationship to you | |
|---|---|---|---|---|---|
| District | | When | | Case number, if known | |

Debtor   **DF SERVICING LLC**
Name

Case number (*if known*)

**11. Why is the case filed in this district?**

Check all that apply:

- ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

- ☑ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☐ No

☑ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

Why does the property need immediate attention? (*Check all that apply.*)

☑ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard?   SECURITY

☑ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

Where is the property?   **WINDGATE (POOL, ELEVATOR, RECREATIONAL FACILITIES) Caguas, PR, 00725-0000**
Number, Street, City, State & ZIP Code

Is the property insured?

☐ No

☑ Yes.   Insurance agency   **QBE OPTIMA INSURANCE COMPANY**

Contact name   **SEAN RYAN**

Phone   **973-403-9500**

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

Check one:

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,000 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☑ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☑ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor    __DF SERVICING LLC__
    Name

Case number (if known) _____

▮ **Request for Relief, Declaration, and Signature**

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    December 24, 2015
            MM / DD / YYYY

X _____
Signature of authorized representative of debtor

MARK MASHBURN
Printed name

Title   **PRESIDENT**

**18. Signature of attorney**

X _____
Signature of attorney for debtor

Date   December 24 2015
      MM / DD / YYYY

CHARLES A. CUPRILL-HERNANDEZ
Printed name

CHARLES A CUPRILL PCS LAW OFFICES
Firm name

356 FORTALEZA STREET
SECOND FLOOR
San Juan, PR 00901
Number, Street, City, State & ZIP Code

Contact phone   787-977-0515     Email address   ccuprill@cuprill.com

USDC-PR114312
Bar number and State

Official Form 201        Voluntary Petition for Non-Individuals Filing for Bankruptcy        page 4

Debtor    DF SERVICING LLC
Name

Case number (if known)

| Fill in this information to identify your case: | | |
|---|---|---|
| Debtor 1 | | |
| | First Name    Middle Name    Last Name | |
| Debtor 2 (Spouse if, filing) | | |
| | First Name    Middle Name    Last Name | |
| United States Bankruptcy Court for the:    DISTRICT OF PUERTO RICO | | |
| Case number (if known) | | |

☐ Check if this is an amended filing

## FORM 101, VOLUNTARY PETITION

### Pending Bankruptcy Cases Attachment

| Debtor | DF HOLDINGS LLC | Relationship to you | AFFILIATE COMPANY |
|---|---|---|---|
| District | When | Case number, if known | |
| Debtor | DF INVESTMENTS LLC | Relationship to you | AFFILIATE COMPANY |
| District | When | Case number, if known | |
| Debtor | DF TIER I LLC | Relationship to you | AFFILIATE COMPANY |
| District | When | Case number, if known | |

Official Form 201          Voluntary Petition for Non-Individuals Filing for Bankruptcy          page 5

B 1C (Official Form 1, Exhibit C) (9/01)

*[If, to the best of the debtor's knowledge, the debtor owns or has possession of property that poses or is alleged to pose a threat of imminent and identifiable harm to the public health or safety, attach this Exhibit "C" to the petition.]*

# UNITED STATES BANKRUPTCY COURT

District of Puerto Rico    ▼

| | | | |
|---|---|---|---|
| In re | DF SERVICING, LLC _____ , | ) | Case No. _____ |
| | Debtor | ) | |
| | | ) | |
| | | ) | Chapter    11 _____ |

## EXHIBIT "C" TO VOLUNTARY PETITION

1. Identify and briefly describe all real or personal property owned by or in possession of the debtor that, to the best of the debtor's knowledge, poses or is alleged to pose a threat of imminent and identifiable harm to the public health or safety (attach additional sheets if necessary):

EMERALD LAKE PLANTATION
STATE ROAD 175, KM. 3.5 (INTERIOR) CARRAIZO WARD
TRUJILLO ALTO, PUERTO RICO 00976

2. With respect to each parcel of real property or item of personal property identified in question 1, describe the nature and location of the dangerous condition, whether environmental or otherwise, that poses or is alleged to pose a threat of imminent and identifiable harm to the public health or safety (attach additional sheets if necessary):

SECURITY AND LANDSCAPING HAZARDS

**Fill in this information to identify the case:**

Debtor name   **DF SERVICING LLC**

United States Bankruptcy Court for the:   DISTRICT OF PUERTO RICO

Case number (if known)

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

12/15

### Part 1:   Summary of Assets

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B* ............................................................... $ _____ 0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B* ............................................................. $ _____ 0.00

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B* ............................................................... $ _____ 0.00

### Part 2:   Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D* ........ $ _____ 0.00

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 6a of *Schedule E/F* ............................... $ _____ 0.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F* ........... +$ 159,793,256.79

4. **Total liabilities** ...................................................................................
   Lines 2 + 3a + 3b                                                                                    $ 159,793,256.79

Fill in this information to identify the case:

Debtor name   **DF SERVICING LLC**

United States Bankruptcy Court for the:   DISTRICT OF PUERTO RICO

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

1. Do any creditors have claims secured by debtor's property?

☑ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Fill in this information to identify the case:**

Debtor name   **DF SERVICING LLC**

United States Bankruptcy Court for the:   DISTRICT OF PUERTO RICO

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims
12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B)* and on *Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)*. Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).

   ☑ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| | | |
|---|---|---|
| **3.1** | Nonpriority creditor's name and mailing address<br>ADVANCE SOURCE INC<br>807 SAN PATRICIO AVENUE<br>URB LAS LOMAS<br>San Juan, PR 00921 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:   CISTERN MAINTENANCE | $ 360.00 |
| | Date or dates debt was incurred   12/21/2015<br>Last 4 digits of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |
| **3.2** | Nonpriority creditor's name and mailing address<br>AMADO SANTINI SANTINI<br>13 DIAMANTE STREET<br>VILLA BLANCA<br>Caguas, PR 00725 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>Basis for the claim:   CONSTRUCTION DEFECTS CLAIM<br>DACO CLAIM NO. CA0003773 | $ 1,655.79 |
| | Date or dates debt was incurred   09/19/2012<br>Last 4 digits of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |
| **3.3** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 400.00 |

Official Form 206E/F                    Schedule E/F: Creditors Who Have Unsecured Claims                    page 1 of 13

Debtor   **DF SERVICING LLC**
     Name

Case number (if known) _____

ANDRES REYES BURGOS INC
PO BOX 1055
Catano, PR 00963-1055

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **WASTE DISPOSAL SERVICES**

Date or dates debt was incurred   **12/21/2015**

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ | 33,033.30 |

ASOC RESIDENTES TERRA SENORIAL
INC
PO BOX 9694
San Juan, PR 00908-0694

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:   **HOMEOWNERS ASSOCIATION
FEES**

Date or dates debt was incurred   **12/21/2015**

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ | 3,088.28 |

AUTORIDAD DE ACUEDUCTOS Y
ALCANTARILLADO
PO BOX 70101
San Juan, PR 00936-8101

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:   **WATER AND SEWER SERVICES**

Date or dates debt was incurred   **12/21/2015**

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ | 16,126,888.27 |

BAUTISTA CAYMAN ASSET COMPANY
346 CALIFORNIA STREET
SUITE 3300
San Francisco, CA 94104

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:   **CO-DEBTOR IN AFFILIATE'S
LOANS**

---

Debtor    **DF SERVICING LLC**
          Name                                          Case number (if known) _____

| | |
|---|---|
| Date or dates debt was incurred   **07/28/2010** | Is the claim subject to offset? |
| | ☐ No |
| Last 4 digits of account number   **0499** | ☒ Yes |

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **74,533,449.68** |
|---|---|---|---|
| | **BAUTISTA CAYMAN ASSET COMPANY** | Check all that apply. | |
| | **345 CALIFORNIA STREET** | ☒ Contingent | |
| | **SUITE 3300** | ☒ Unliquidated | |
| | **San Francisco, CA 94104** | ☒ Disputed | |
| | | Basis for the claim:   **CO-DEBTOR IN AFFILIATE'S LOANS** | |

| | |
|---|---|
| Date or dates debt was incurred   **07/28/2010** | Is the claim subject to offset? |
| | ☐ No |
| Last 4 digits of account number   **0500** | ☒ Yes |

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **9,288,626.93** |
|---|---|---|---|
| | **BAUTISTA CAYMAN ASSET COMPANY** | Check all that apply. | |
| | **345 CALIFORNIA STREET** | ☒ Contingent | |
| | **SUITE 3300** | ☒ Unliquidated | |
| | **San Francisco, CA 94104** | ☒ Disputed | |
| | | Basis for the claim:   **CO-DEBTOR IN AFFILIATE'S LOANS** | |

| | |
|---|---|
| Date or dates debt was incurred   **07/28/2010** | Is the claim subject to offset? |
| | ☐ No |
| Last 4 digits of account number   **0499** | ☒ Yes |

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **2,905.00** |
|---|---|---|---|
| | **CAPITAL TITLE SERVICES INC** | Check all that apply. | |
| | **33 RESOLUCION STREET** | ☐ Contingent | |
| | **SUITE 302** | ☐ Unliquidated | |
| | **San Juan, PR 00920-2727** | ☐ Disputed | |
| | | Basis for the claim:   **TITLE SEARCH SERVICES** | |

| | |
|---|---|
| Date or dates debt was incurred   **12/21/2015** | Is the claim subject to offset? |
| | ☒ No |
| Last 4 digits of account number | ☐ Yes |

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **9,500,000.00** |
|---|---|---|---|

Debtor    **DF SERVICING LLC**
           Name                                                     Case number (if known)

|  | COSTA BONITA BEACH RESORT INC<br>PO BOX 1788<br>Sabana Seca, PR 00952 | Check all that apply.<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed |
|---|---|---|

Basis for the claim:  **DAMAGES**
                              **CASE NO. NSCI 2008-00830**
                              **COUNTERCLAIM**

Date or dates debt was incurred  **01/23/2016**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number

---

**3.11** | Nonpriority creditor's name and mailing address<br>DOCUMENT SOLUTIONS PARTNERS<br>VIA AZURE MM 15<br>MANSION DEL MAR<br>Toa Baja, PR 00949 | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $  832.00

Basis for the claim:  **ELECTRONIC ARCHIVING SOFTWARE**

Date or dates debt was incurred  **12/21/2015**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number

---

**3.12** | Nonpriority creditor's name and mailing address<br>EC WASTE INC<br>PO BOX 71561<br>San Juan, PR 00936-8661 | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $  292.28

Basis for the claim:  **WASTE DISPOSAL SERVICES**

Date or dates debt was incurred  **12/21/2015**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number

---

**3.13** | Nonpriority creditor's name and mailing address<br>ELECTRIC SERVICE CORP<br>PO BOX 191921<br>San Juan, PR 00919-1921 | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $  278.75

Basis for the claim:  **ACCESS CONTROL MAINTENANCE**

---

Debtor    **DF SERVICING LLC**                                        Case number (if known) _____
           Name

Date or dates debt was incurred    **12/21/2015**         Is the claim subject to offset?

Last 4 digits of account number    _____        ■ No
                                                           ☐ Yes

---

**3.14** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $    7,450.00
| **ELIZABETH ORTIZ IRIZARRY** | Check all that apply. |
| **101 VILLAS DE SAN JOSE** | ■ Contingent |
| **Cayey, PR 00736** | ■ Unliquidated |
| | ■ Disputed |

Basis for the claim:   **CONSTRUCTION DEFECTS
                        CLAIM
                        DACO CLAIM NO. CA0004322**

Date or dates debt was incurred    **04/23/2013**         Is the claim subject to offset?

Last 4 digits of account number    _____        ■ No
                                                           ☐ Yes

---

**3.15** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $    763.00
| **ESCORP** | Check all that apply. |
| **PO BOX 1005** | ☐ Contingent |
| **Hatillo, PR 00659** | ☐ Unliquidated |
| | ☐ Disputed |

Basis for the claim:   **GENERAL MAINTENANCE AND
                        CLEANING**

Date or dates debt was incurred    **12/21/2015**         Is the claim subject to offset?

Last 4 digits of account number    _____        ■ No
                                                           ☐ Yes

---

**3.16** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $    447.91
| **FOUR SQUARE ADVISORS LLC** | Check all that apply. |
| **PO BOX 4472** | ☐ Contingent |
| **New York, NY 10163** | ☐ Unliquidated |
| | ☐ Disputed |

Basis for the claim:   **CONSTRUCTION MANAGEMENT**

Date or dates debt was incurred    **12/21/2015**         Is the claim subject to offset?

Last 4 digits of account number    _____        ■ No
                                                           ☐ Yes

---

**3.17** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $    569.62

Debtor   **DF SERVICING LLC**
_____   Case number (if known) _____
Name

GARAY MASSEY LAW OFFICE
PMB 347
5900 ISLA VERDE AVE L 2
Carolina, PR 00979-4901

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **LEGAL SERVICES**

Date or dates debt was incurred   **12/21/2015**

Is the claim subject to offset?

☒ No

Last 4 digits of account number _____   ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ | 24,020,000.00 |

HILLVIEW CONDOMINIUM CORP
CUPEY PROFESSIONAL MAL BLDG
369 SAN CLAUDIO AVENUE
San Juan, PR 00926

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:   **CONSTRUCTION DEFECTS
CLAIM
CASE NO. FCD 2010-1378**

Date or dates debt was incurred   **12/21/2015**

Is the claim subject to offset?

☒ No

Last 4 digits of account number _____   ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ | 1,200.00 |

HIRAM OCASIO FERNANDEZ
URB TERRA SENORIAL
188 CASTANIA STREET
Ponce, PR 00731

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:   **CONSTRUCTION DEFECTS
CLAIM
DACO CLAIM NO. PO0005645**

Date or dates debt was incurred   **03/25/2015**

Is the claim subject to offset?

☒ No

Last 4 digits of account number _____   ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ | 390.00 |

INTEGRAND ASSURANCE COMPANY
PO BOX 70128
San Juan, PR 00936-8128

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **INSURANCE PREMIUMS**

---

Debtor   **DF SERVICING LLC**
       Name

Case number (if known) _____

| | |
|---|---|
| Date or dates debt was incurred   **12/21/2015** | Is the claim subject to offset? |
| | ■ No |
| Last 4 digits of account number   _____ | ☐ Yes |

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 93.00 |
|---|---|---|---|
| | **ISRAEL O ALICEA**<br>**239 ARTERIAL HOSTOS AVENUE**<br>**SUITE 306**<br>**San Juan, PR 00918** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | | Basis for the claim:   **LEGAL SERVICES** | |

| | |
|---|---|
| Date or dates debt was incurred   **12/21/2015** | Is the claim subject to offset? |
| | ■ No |
| Last 4 digits of account number   _____ | ☐ Yes |

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 1,017.19 |
|---|---|---|---|
| | **JAVIER A FELICIANO GUZMAN PSC**<br>**322 DE DIEGO AVENUE**<br>**SUITE 302**<br>**San Juan, PR 00920-2223** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | | Basis for the claim:   **LEGAL SERVICES** | |

| | |
|---|---|
| Date or dates debt was incurred   **12/21/2015** | Is the claim subject to offset? |
| | ■ No |
| Last 4 digits of account number   _____ | ☐ Yes |

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 130.00 |
|---|---|---|---|
| | **JG LOCK SERVICE**<br>**1165 TNTE RAMIREZ**<br>**URB SAN AGUSTIN**<br>**San Juan, PR 00923** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | | Basis for the claim:   **LOCK REPAIR AND**<br>**REPLACEMENT** | |

| | |
|---|---|
| Date or dates debt was incurred   **12/21/2015** | Is the claim subject to offset? |
| | ■ No |
| Last 4 digits of account number   _____ | ☐ Yes |

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 900.00 |
|---|---|---|---|

---

Debtor   **DF SERVICING LLC**
_____   Case number (if known) _____
Name

| | |
|---|---|
| **JOSUE SANTIAGO REYES**<br>**URB CIUDAD ATLANTIS**<br>**G 13**<br>**Arecibo, PR 00612** | Check all that apply.<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed |
| | Basis for the claim:   **CONSTRUCTION DEFECTS**<br>**CLAIM**<br>**DACO CLAIM NO. AR7145** |
| Date or dates debt was incurred   **04/29/2015** | Is the claim subject to offset?<br>☒ No<br>☐ Yes |
| Last 4 digits of account number |  |

---

**3.25**

| | | $ |
|---|---|---|
| Nonpriority creditor's name and mailing address<br>**LIBERTY CABLEVISION**<br>**PO BOX 71496**<br>**San Juan, PR 00936-8596** | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **643.99** |
| | Basis for the claim:   **CABLE TV SERVICES** | |
| Date or dates debt was incurred   **12/21/2015** | Is the claim subject to offset?<br>☒ No<br>☐ Yes | |
| Last 4 digits of account number | | |

---

**3.26**

| | | $ |
|---|---|---|
| Nonpriority creditor's name and mailing address<br>**MIRIAM SOTO SANTIAGO**<br>**URB VILLA LOS SANTOS**<br>**22 STREET EE 2**<br>**Arecibo, PR 00612** | As of the petition filing date, the claim is:<br>Check all that apply.<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | **2,830.00** |
| | Basis for the claim:   **CONSTRUCTION DEFECTS**<br>**CLAIM**<br>**DACO CLAIM NO. AR7040** | |
| Date or dates debt was incurred   **03/19/2015** | Is the claim subject to offset?<br>☒ No<br>☐ Yes | |
| Last 4 digits of account number | | |

---

**3.27**

| | | $ |
|---|---|---|
| Nonpriority creditor's name and mailing address<br>**MUNICIPALITY OF PONCE**<br>**PO BOX 1709**<br>**Ponce, PR 00733** | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed | **84,000.00** |
| | Basis for the claim:   **TERRA SENORIAL ROAD**<br>**RESURFACING** | |

---

| Debtor | DF SERVICING LLC | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| Date or dates debt was incurred | 12/21/2015 | Is the claim subject to offset? |
|---|---|---|
| | | ☒ No |
| Last 4 digits of account number | | ☐ Yes |

---

**3.28** | Nonpriority creditor's name and mailing address

NEW GARDEN DESIGN INC
PO BOX 1236
Cidra, PR 00739-1236

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  LANDSCAPING

$ 11,075.68

| Date or dates debt was incurred | 12/21/2015 | Is the claim subject to offset? |
|---|---|---|
| | | ☒ No |
| Last 4 digits of account number | | ☐ Yes |

---

**3.29** | Nonpriority creditor's name and mailing address

O NEILL & BORGES
250 MUNOZ RIVERA AVENUE
SUITE 800
San Juan, PR 00918-1813

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  LEGAL SERVICES

$ 11,065.19

| Date or dates debt was incurred | 12/21/2015 | Is the claim subject to offset? |
|---|---|---|
| | | ☒ No |
| Last 4 digits of account number | | ☐ Yes |

---

**3.30** | Nonpriority creditor's name and mailing address

OPEN MOBILE
PO BOX 71559
San Juan, PR 00936-8559

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  MOBILE PHONES

$ 40.50

| Date or dates debt was incurred | 12/21/2015 | Is the claim subject to offset? |
|---|---|---|
| | | ☒ No |
| Last 4 digits of account number | | ☐ Yes |

---

**3.31** | Nonpriority creditor's name and mailing address

PIETRANTONI MENDEZ & ALVAREZ LLP
POPULAR CENTER 19th FLOOR
208 PONCE DE LEON AVENUE
San Juan, PR 00918

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 246.00

---

| Debtor | DF SERVICING LLC | | Case number (if known) | |
| | Name | | | |

Basis for the claim:   **LEGAL SERVICES**

Date or dates debt was incurred   12/21/2015

Is the claim subject to offset?

☒ No
☐ Yes

Last 4 digits of account number

---

**3.32**

Nonpriority creditor's name and mailing address
**PLAZA 844 INC**
**PO BOX 323138**
**WINSTON CHURCHILL**
**San Juan, PR 00926-6023**

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:   **CONSTRUCTION DEFECTS CLAIM**
**CASE NO. KAC 2009-0714**

$ 26,000,000.00

Date or dates debt was incurred   06/05/2009

Is the claim subject to offset?

☒ No
☐ Yes

Last 4 digits of account number

---

**3.33**

Nonpriority creditor's name and mailing address
**PR ELECTRIC POWER AUTHORITY**
**BANKRUPTCY OFFICE**
**PO BOX 364267**
**San Juan, PR 00936**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **ELECTRIC POWER SERVICES**

$ 68,585.56

Date or dates debt was incurred   12/21/2015

Is the claim subject to offset?

☒ No
☐ Yes

Last 4 digits of account number

---

**3.34**

Nonpriority creditor's name and mailing address
**PR ELECTRIC POWER AUTHORITY**
**BANKRUPTCY OFFICE**
**PO BOX 364267**
**San Juan, PR 00936**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **ELECTRIC POWER SERVICES**

$ 1,395.48

Date or dates debt was incurred   12/21/2015

Is the claim subject to offset?

☒ No
☐ Yes

Last 4 digits of account number

---

**3.35**

Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:

$ 111.60

Debtor   **DF SERVICING LLC**                                    Case number (if known) _____
         ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
              Name

| | |
|---|---|
| **RODRIGUEZ DELGADO & LOPEZ SOLER PSC** | Check all that apply. |
| **ROBERTO SANCHEZ VILELLA AVENUE** | ☐ Contingent |
| **PO BOX 3413** | ☐ Unliquidated |
| **Carolina, PR 00984** | ☐ Disputed |

Basis for the claim:   **LEGAL SERVICES**

Date or dates debt was incurred   **12/21/2015**          Is the claim subject to offset?

                                                          ☐ No

Last 4 digits of account number                           ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 540.00 |
|---|---|---|---|
| | **SALICHS POU & ASSOCIATES PSC** | Check all that apply. | |
| | **POPULAR CENTER SUITE 1434** | ☐ Contingent | |
| | **209 MUNOZ RIVERA AVENUE** | ☐ Unliquidated | |
| | **San Juan, PR 00918** | ☐ Disputed | |

Basis for the claim:   **LEGAL SERVICES**

Date or dates debt was incurred   **12/21/2015**          Is the claim subject to offset?

                                                          ☐ No

Last 4 digits of account number                           ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 315.00 |
|---|---|---|---|
| | **SANTOS FUENTES** | Check all that apply. | |
| | **VIA 37 45N7** | ☐ Contingent | |
| | **VILLA FONTANA** | ☐ Unliquidated | |
| | **Carolina, PR 00983** | ☐ Disputed | |

Basis for the claim:   **POOL MAINTENANCE**

Date or dates debt was incurred   **12/21/2015**          Is the claim subject to offset?

                                                          ☐ No

Last 4 digits of account number                           ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 325.50 |
|---|---|---|---|
| | **SERGIO A RAMIREZ DE ARELLANO LAW OFFICE** | Check all that apply. | |
| | **BANCO POPULAR CENTER SUITE 1022** | ☐ Contingent | |
| | **209 MUNOZ RIVERA AVENUE** | ☐ Unliquidated | |
| | **San Juan, PR 00918** | ☐ Disputed | |

Basis for the claim:   **LEGAL SERVICES**

Debtor   **DF SERVICING LLC**                                    Case number (if known) _____
         Name

| Date or dates debt was incurred | 12/21/2015 | Is the claim subject to offset? |
|---|---|---|

☑ No
☐ Yes

Last 4 digits of account number _____

---

**3.39**   Nonpriority creditor's name and mailing address   As of the petition filing date, the claim is:   $    723.70
           **TAVAREZ ELECTRONICS CORP**                       Check all that apply.
           **PO BOX 808**                                     ☐ Contingent
           **Sabana Seca, PR 00952**                          ☐ Unliquidated
                                                              ☐ Disputed

                                                              Basis for the claim:   ACCESS CONTROL
                                                                                     MAINTENANCE

Date or dates debt was incurred   12/21/2015    Is the claim subject to offset?

                                                ☑ No
Last 4 digits of account number _____    ☐ Yes

---

**3.40**   Nonpriority creditor's name and mailing address   As of the petition filing date, the claim is:   $    48,125.00
           **TERRA SENORIAL INC**                             Check all that apply.
           **PO BOX 9694**                                    ☐ Contingent
           **San Juan, PR 00908-0694**                        ☐ Unliquidated
                                                              ☑ Disputed

                                                              Basis for the claim:   VOLUME OF BUSINESS

Date or dates debt was incurred   12/21/2015    Is the claim subject to offset?

                                                ☑ No
Last 4 digits of account number _____    ☐ Yes

---

**3.41**   Nonpriority creditor's name and mailing address   As of the petition filing date, the claim is:   $    5,904.57
           **THYSSENKRUPP ELEVATOR**                          Check all that apply.
           **PO BOX 933977**                                  ☐ Contingent
           **Atlanta, GA 31193**                              ☐ Unliquidated
                                                              ☐ Disputed

                                                              Basis for the claim:   ELEVATORS MAINTENANCE

Date or dates debt was incurred   12/21/2015    Is the claim subject to offset?

                                                ☑ No
Last 4 digits of account number _____    ☐ Yes

---

**3.42**   Nonpriority creditor's name and mailing address   As of the petition filing date, the claim is:   $    28,802.78

---

| Debtor | DF SERVICING LLC | | Case number (if known) | |
| | Name | | | |

| US SECURITY ASSOCIATES INC<br>PO BOX 931703<br>Atlanta, GA 31193-1703 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed |
| | Basis for the claim:   SECURITY SERVICES |
| Date or dates debt was incurred   12/21/2015 | Is the claim subject to offset? |
| Last 4 digits of account number | ☑ No<br>☐ Yes |

| 3.43 | Nonpriority creditor's name and mailing address<br>US SECURITY ASSOCIATES INC<br>PO BOX 931703<br>Atlanta, GA 31193-1703 | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $   3,764.24 |
| | | Basis for the claim:   SECURITY SERVICES | |
| | Date or dates debt was incurred   12/21/2015 | Is the claim subject to offset? | |
| | Last 4 digits of account number | ☑ No<br>☐ Yes | |

## Part 3:   List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |

## Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
| 5a. Total claims from Part 1 | 5a. $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + $ | 159,793,256.79 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. $ | 159,793,256.79 |

---

Fill in this information to identify the case:

Debtor name  **DF SERVICING LLC**

United States Bankruptcy Court for the:  DISTRICT OF PUERTO RICO

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| Name | Mailing Address | Name | Check all schedules that apply: |
| 2.1 DF HOLDINGS LLC | PO BOX 363685 San Juan, PR 00936 | BAUTISTA CAYMAN ASSET COMPANY | ☐ D ____ ☑ E/F __3.6__ ☐ G ____ |
| 2.2 DF HOLDINGS LLC | PO BOX 363685 San Juan, PR 00936 | BAUTISTA CAYMAN ASSET COMPANY | ☐ D ____ ☑ E/F __3.7__ ☐ G ____ |
| 2.3 DF HOLDINGS LLC | PO BOX 363685 San Juan, PR 00936 | BAUTISTA CAYMAN ASSET COMPANY | ☐ D ____ ☑ E/F __3.8__ ☐ G ____ |
| 2.4 DF INVESTMENTS LLC | PO BOX 363685 San Juan, PR 00936 | BAUTISTA CAYMAN ASSET COMPANY | ☐ D ____ ☑ E/F __3.6__ ☐ G ____ |
| 2.5 DF INVESTMENTS LLC | PO BOX 363685 San Juan, PR 00936 | BAUTISTA CAYMAN ASSET COMPANY | ☐ D ____ ☑ E/F __3.7__ ☐ G ____ |
| 2.6 DF INVESTMENTS LLC | PO BOX 363685 San Juan, PR 00936 | BAUTISTA CAYMAN ASSET COMPANY | ☐ D ____ ☑ E/F __3.8__ ☐ G ____ |

| Debtor | DF SERVICING LLC | | Case number *(if known)* | |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | Check all schedules that apply: |
| 2.7  DF TIER I LLC | PO BOX 363685<br>San Juan, PR 00936 | BAUTISTA CAYMAN<br>ASSET COMPANY | ☐ D _____<br>☑ E/F __3.6__<br>☐ G _____ |
| 2.8  DF TIER I LLC | PO BOX 363685<br>San Juan, PR 00936 | BAUTISTA CAYMAN<br>ASSET COMPANY | ☐ D _____<br>☑ E/F __3.7__<br>☐ G _____ |
| 2.9  DF TIER I LLC | PO BOX 363685<br>San Juan, PR 00936 | BAUTISTA CAYMAN<br>ASSET COMPANY | ☐ D _____<br>☑ E/F __3.8__<br>☐ G _____ |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **DF SERVICING LLC** |
| United States Bankruptcy Court for the: | **DISTRICT OF PUERTO RICO** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204
### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| AMADO SANTINI SANTINI 13 DIAMANTE STREET VILLA BLANCA Caguas, PR 00725 | | CONSTRUCTION DEFECTS CLAIM DACO CLAIM NO. CA0003773 | Contingent Unliquidated Disputed | | | $1,655.79 |
| ASOC RESIDENTES TERRA SENORIAL INC PO BOX 9694 San Juan, PR 00908-0694 | | HOMEOWNERS ASSOCIATION FEES | Disputed | | | $33,033.30 |
| AUTORIDAD DE ACUEDUCTOS Y ALCANTARILLADO PO BOX 70101 San Juan, PR 00936-8101 | | WATER AND SEWER SERVICES | Disputed | | | $3,088.28 |
| BAUTISTA CAYMAN ASSET COMPANY 345 CALIFORNIA STREET SUITE 3300 San Francisco, CA 94104 | 415-486-5982 | CO-DEBTOR IN AFFILIATE'S LOANS | Contingent Unliquidated Disputed Subject to Setoff | | | $9,288,626.93 |
| BAUTISTA CAYMAN ASSET COMPANY 345 CALIFORNIA STREET SUITE 3300 San Francisco, CA 94104 | 415-486-5982 | CO-DEBTOR IN AFFILIATE'S LOANS | Contingent Unliquidated Disputed Subject to Setoff | | | $74,533,449.68 |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

Debtor **DF SERVICING LLC**
Name

Case number *(if known)* _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| BAUTISTA CAYMAN ASSET COMPANY 345 CALIFORNIA STREET SUITE 3300 San Francisco, CA 94104 | 415-486-5982 | CO-DEBTOR IN AFFILIATE'S LOANS | Contingent Unliquidated Disputed Subject to Setoff | | | $16,126,888.27 |
| CAPITAL TITLE SERVICES INC 33 RESOLUCION STREET SUITE 302 San Juan, PR 00920-2727 | | TITLE SEARCH SERVICES | | | | $2,905.00 |
| COSTA BONITA BEACH RESORT INC PO BOX 1788 Sabana Seca, PR 00952 | | DAMAGES CASE NO. NSCI 2008-00830 COUNTERCLAIM | Contingent Unliquidated Disputed | | | $9,500,000.00 |
| ELIZABETH ORTIZ IRIZARRY 101 VILLAS DE SAN JOSE Cayey, PR 00736 | | CONSTRUCTION DEFECTS CLAIM DACO CLAIM NO. CA0004322 | Contingent Unliquidated Disputed | | | $7,450.00 |
| HILLVIEW CONDOMINIUM CORP CUPEY PROFESSIONAL MAL BLDG 369 SAN CLAUDIO AVENUE San Juan, PR 00926 | | CONSTRUCTION DEFECTS CLAIM CASE NO. FCD 2010-1378 | Contingent Unliquidated Disputed | | | $24,020,000.00 |
| MIRIAM SOTO SANTIAGO URB VILLA LOS SANTOS 22 STREET EE 2 Arecibo, PR 00612 | | CONSTRUCTION DEFECTS CLAIM DACO CLAIM NO. AR7040 | Contingent Unliquidated Disputed | | | $2,830.00 |
| MUNICIPALITY OF PONCE PO BOX 1709 Ponce, PR 00733 | | TERRA SENORIAL ROAD RESURFACING | Disputed | | | $84,000.00 |
| NEW GARDEN DESIGN INC PO BOX 1236 Cidra, PR 00739-1236 | | LANDSCAPING | | | | $11,075.68 |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor   **DF SERVICING LLC**
_____
Name

Case number (if known) _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or satoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or satoff | Unsecured claim |
| O NEILL & BORGES 250 MUNOZ RIVERA AVENUE SUITE 800 San Juan, PR 00918-1813 | | LEGAL SERVICES | | | | $11,065.19 |
| PLAZA 844 INC PO BOX 323138 WINSTON CHURCHILL San Juan, PR 00926-6023 | | CONSTRUCTION DEFECTS CLAIM CASE NO. KAC 2009-0714 | Contingent Unliquidated Disputed | | | $26,000,000.00 |
| PR ELECTRIC POWER AUTHORITY BANKRUPTCY OFFICE PO BOX 364267 San Juan, PR 00936 | | ELECTRIC POWER SERVICES | Disputed | | | $68,685.56 |
| TERRA SENORIAL INC PO BOX 9694 San Juan, PR 00908-0694 | | VOLUME OF BUSINESS | Disputed | | | $48,126.00 |
| THYSSENKRUPP ELEVATOR PO BOX 933977 Atlanta, GA 31193 | | ELEVATORS MAINTENANCE | | | | $5,904.67 |
| US SECURITY ASSOCIATES INC PO BOX 931703 Atlanta, GA 31193-1703 | | SECURITY SERVICES | Disputed | | | $28,802.78 |
| US SECURITY ASSOCIATES INC PO BOX 931703 Atlanta, GA 31193-1703 | | SECURITY SERVICES | | | | $3,764.24 |

Fill in this information to identify the case:

Debtor name    **DF SERVICING LLC**

United States Bankruptcy Court for the:   DISTRICT OF PUERTO RICO

Case number (if known)

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)
- ☒ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
- ☒ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
- ☐ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
- ☒ Schedule H: Codebtors (Official Form 206H)
- ☒ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
- ☐ Amended Schedule
- ☒ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     December 24, 2015               ✗ _____

                                                Signature of individual signing on behalf of debtor

                                                **MARK MASHBURN**
                                                Printed name

                                                **PRESIDENT**
                                                Position or relationship to debtor

Official Form 202                    Declaration Under Penalty of Perjury for Non-Individual Debtors

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**United States Bankruptcy Court**
District of Puerto Rico

In re    DF SERVICING LLC _____    Case No. _____

                                    Debtor(s)         Chapter         11

# VERIFICATION OF CREDITOR MATRIX

I, the PRESIDENT of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and

correct to the best of my knowledge.

Date:    __December 24, 2015__                    _____
                                    MARK MASHBURN/PRESIDENT
                                    Signer/Title

DF SERVICING LLC
PO BOX 363685
SAN JUAN, PR 00936

COSTA BONITA BEACH RESORT INC
PO BOX 1788
SABANA SECA, PR 00952

FOUR SQUARE ADVISORS LLC
PO BOX 4472
NEW YORK, NY 10163

CHARLES A. CUPRILL-HERNANDEZ
CHARLES A CUPRILL PCS LAW OFFICE
358 FORTALEZA STREET
SECOND FLOOR
SAN JUAN, PR 00901

DF HOLDINGS LLC
BO BOX 363685
SAN JUAN, PR 00936

GARAY MASSEY LAW OFFICE
PMB 347
5900 ISLA VERDE AVE L 2
CAROLINA, PR 00979-4901

ADVANCE SOURCE INC
807 SAN PATRICIO AVENUE
URB LAS LOMAS
SAN JUAN, PR 00921

DF INVESTMENTS LLC
PO BOX 363685
SAN JUAN, PR 00936

HILLVIEW CONDOMINIUM CORP
CUPEY PROFESSIONAL MAL BLD
359 SAN CLAUDIO AVENUE
SAN JUAN, PR 00926

AMADO SANTINI SANTINI
13 DIAMANTE STREET
VILLA BLANCA
CAGUAS, PR 00725

DF TIER I LLC
PO BOX 363685
SAN JUAN, PR 00936

HIRAM OCASIO FERNANDEZ
URB TERRA SENORIAL
188 CASTANIA STREET
PONCE, PR 00731

ANDRES REYES BURGOS INC
PO BOX 1055
CATANO, PR 00963-1055

DOCUMENT SOLUTIONS PARTNERS
VIA AZURE MM 15
MANSION DEL MAR
TOA BAJA, PR 00949

INTEGRAND ASSURANCE COMP
PO BOX 70128
SAN JUAN, PR 00936-8128

ASOC RESIDENTES TERRA SENORIAL INC
PO BOX 9694
SAN JUAN, PR 00908-0694

EC WASTE INC
PO BOX 71561
SAN JUAN, PR 00936-8661

ISRAEL O ALICEA
239 ARTERIAL HOSTOS AVENUE
SUITE 305
SAN JUAN, PR 00918

AUTORIDAD DE ACUEDUCTOS Y ALCANTARILLADOS
PO BOX 70101
SAN JUAN, PR 00936-8101

EDITECH SERVICE CORP
PO BOX 191921
SAN JUAN, PR 00919-1921

JAVIER A FELICIANO GUZMAN P
322 DE DIEGO AVENUE
SUITE 302
SAN JUAN, PR 00920-2223

BAUTISTA CAYMAN ASSET COMPANY
345 CALIFORNIA STREET
SUITE 3300
SAN FRANCISCO, CA 94104

ELIZABETH ORTIZ IRIZARRY
101 VILLAS DE SAN JOSE
CAYEY, PR 00736

JG LOCK SERVICE
1165 TNTE RAMIREZ
URB SAN AGUSTIN
SAN JUAN, PR 00923

CAPITAL TITLE SERVICES INC
33 RESOLUCION STREET
SUITE 302
SAN JUAN, PR 00920-2727

ESCORP
PO BOX 1005
HATILLO, PR 00659

JOSUE SANTIAGO REYES
URB CIUDAD ATLANTIS
G 13
ARECIBO, PR 00612

LIBERTY CABLEVISION
PO BOX 71496
SAN JUAN, PR 00936-8596

RODRIGUEZ DELGADO & LOPEZ SOLER PSC
ROBERTO SANCHEZ VILELLA AVENUE
PO BOX 3413
CAROLINA, PR 00984

MIRIAM SOTO SANTIAGO
URB VILLA LOS SANTOS
22 STREET EE 2
ARECIBO, PR 00612

SALICHS POU & ASSOCIATES PSC
POPULAR CENTER SUITE 1434
209 MUNOZ RIVERA AVENUE
SAN JUAN, PR 00918

MUNICIPALITY OF PONCE
PO BOX 1709
PONCE, PR 00733

SANTOS FUENTES
VIA 37 45N7
VILLA FONTANA
CAROLINA, PR 00983

NEW GARDEN DESIGN INC
PO BOX 1236
CIDRA, PR 00739-1236

SERGIO A RAMIREZ DE ARELLANO LAW OFFICE
BANCO POPULAR CENTER SUITE 1022
209 MUNOZ RIVERA AVENUE
SAN JUAN, PR 00918

O NEILL & BORGES
250 MUNOZ RIVERA AVENUE
SUITE 800
SAN JUAN, PR 00918-1813

TAVAREZ ELECTRONICS CORP
PO BOX 808
SABANA SECA, PR 00952

OPEN MOBILE
PO BOX 71559
SAN JUAN, PR 00936-8659

TERRA SENORIAL INC
PO BOX 9694
SAN JUAN, PR 00908-0694

PIETRANTONI MENDEZ & ALVAREZ LLP
POPULAR CENTER 19TH FLOOR
208 PONCE DE LEON AVENUE
SAN JUAN, PR 00918

THYSSENKRUPP ELEVATOR
PO BOX 933977
ATLANTA, GA 31193

PLAZA 844 INC
PO BOX 323138
WINSTON CHURCHILL
SAN JUAN, PR 00926-6023

US SECURITY ASSOCIATES INC
PO BOX 931703
ATLANTA, GA 31193-1703

PR ELECTRIC POWER AUTHORITY
BANKRUPTCY OFFICE
PO BOX 364267
SAN JUAN, PR 00936

**CERTIFIED COPY OF RESOLUTION OF THE BOARD
OF DIRECTORS AUTHORIZING THE FILING OF
PETITION FOR REORGANIZATION UNDER CHAPTER 11
OF THE BANKRUPTCY CODE**

RESOLVED:  Whereas **DF SERVICING, LLC** (the "Company") is unable to meet its obligations as they mature; and

Whereas, creditors have undertaken and are threatening suit and have threatened to undertake steps to obtain possession of the Company's assets; Now therefore,

Be it resolved that a Petition in Proceedings under Chapter 11 of the Bankruptcy Code be filed by the Company and that Mark Mashburn, the Company's President, be and hereby is authorized to execute on behalf of the Company and for it all the necessary documents for the filing of a Petition under Chapter 11 of the Bankruptcy Code; and be it further resolved;

That Mark Mashburn be and hereby is authorized to pay unto the Clerk of the Court all necessary filing fees required by law by the Company or in its behalf, and be it further resolved;

That Charles A. Cuprill, P.S.C., Law Offices be employed to act as counsel for the Company in such bankruptcy proceedings.

The undersigned hereby certifies that he is the President of the Company, and that the above is a true and correct copy of a resolution adopted by at a duly constituted meeting held on the 22nd day of December, 2015, in accordance with its corporate regulations; that quorum was present at said meeting; that said resolution has not been revoked, modified, annulled or amended in any manner whatsoever.

In witness hereof, I have hereunto set my hand and affixed the seal of said corporation this  24th day of December, 2015.


**MARK MASHBURN**
**PRESIDENT**

*Certified Copy of Corporate Resolution*
*DF Servicing, LLC*
*Page - 2 —*

I, Mark Mashburn, President of DF SERVICING, LLC, of legal age, married, and resident of San Juan, Puerto Rico, do hereby certify under penalty of perjury, that the statements contained in the foregoing document are true according to the best of my knowledge, information and belief.

San Juan, Puerto Rico, this 24th  day of December, 2015,

**MARK MASHBURN**
**PRESIDENT**