Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **DF SERVICING LLC** |
| United States Bankruptcy Court for the | DISTRICT OF PUERTO RICO |
| Case number (if known) | **15-10253-ESL11** |

☐ Check if this is an amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors
12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ *Amended Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **January 19, 2016**

Signature of individual signing on behalf of debtor

**MARK MASHBURN**
Printed name

**PRESIDENT**
Position or relationship to debtor

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                                          Best Case Bankruptcy

| Fill in this information to identify the case: |
|---|
| Debtor name **DF SERVICING LLC** |
| United States Bankruptcy Court for the: DISTRICT OF PUERTO RICO |
| Case number (if known) **15-10253-ESL11** |

☒ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals            12/15

**Part 1:** Summary of Assets

1. *Schedule A/B: Assets-Real and Personal Property (Official Form 206A/B)*

    1a. Real property:
    Copy line 88 from *Schedule A/B* ............................................................... $ 2,160,000.00

    1b. Total personal property:
    Copy line 91A from *Schedule A/B* ............................................................. $ 92,647,722.28

    1c. Total of all property:
    Copy line 92 from *Schedule A/B* ............................................................... $ 94,807,722.28

**Part 2:** Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)*
    Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D* ........ $ 0.00

3. *Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)*

    3a. Total claim amounts of priority unsecured claims:
    Copy the total claims from Part 1 from line 6a of *Schedule E/F* ........................ $ 0.00

    3b. Total amount of claims of nonpriority amount of unsecured claims:
    Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F* ...... +$ 159,793,256.79

4. Total liabilities ...........................................................................
    Lines 2 + 3a + 3b            $ 159,793,256.79

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **DF SERVICING LLC** |
| United States Bankruptcy Court for the: | DISTRICT OF PUERTO RICO |
| Case number (if known) | **15-10253-ESL11** |

☐ Check if this is an amended filing

## Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:      Cash and cash equivalents**

1. Does the debtor have any cash or cash equivalents?

☐ No. Go to Part 2.
■ Yes Fill in the information below.

All cash or cash equivalents owned or controlled by the debtor

Current value of debtor's interest

3.   Checking, savings, money market, or financial brokerage accounts *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **FIRST BANK**<br>**BALANCE AS OF 11/30/2015** | **OPERATING ACCOUNT** | **3808** | **$388,599.57** |
| 3.2. | **WELLS FARGO**<br>**BALANCE AS OF 11/30/2015** | **OPERATING ACCOUNT** | **2577** | **$4,809.19** |

4.      Other cash equivalents *(Identify all)*

5.      Total of Part 1.

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**$393,408.76**

**Part 2:      Deposits and Prepayments**

6. Does the debtor have any deposits or prepayments?

■ No. Go to Part 3.
☐ Yes Fill in the information below.

**Part 3:      Accounts receivable**

10. Does the debtor have any accounts receivable?

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11.      Accounts receivable

Debtor  **DF SERVICING LLC**                                    Case number *(If known)*  **15-10253-ESL11**
Name

| | 11a. 90 days old or less: | 60,508.25 | - | 0.00  = | | $60,508.25 |
|---|---|---|---|---|---|---|
| | | face amount | | doubtful or uncollectible accounts | | |

12.   **Total of Part 3.**                                                                                          $60,508.25
      Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**Part 4:**   **Investments**

13. Does the debtor own any investments?

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:**   **Inventory, excluding agriculture assets**

18. Does the debtor own any inventory (excluding agriculture assets)?

■ No.  Go to Part 6
☐ Yes Fill in the information below

**Part 6:**   **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:**   **Office furniture, fixtures, and equipment; and collectibles**

38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?

■ No.  Go to Part 8
☐ Yes Fill in the information below.

**Part 8:**   **Machinery, equipment, and vehicles**

46. Does the debtor own or lease any machinery, equipment, or vehicles?

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

**Part 9:**   **Real property**

54. Does the debtor own or lease any real property?

☐ No.  Go to Part 10.
■ Yes Fill in the information below

55.   Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | **DF SERVICING LLC** | | | Case number *(if known)*  15-10253-ESL11 | |
|---|---|---|---|---|---|
| | Name | | | | |

| | 55.1 | **RESIDENTIAL PROJECT KNOWN AS WINDGATE PHASE II, AT CAGUAS, PUERTO RICO SEE DETAIL ATTACHED (EXHIBIT I)** | Fee simple | $2,160,000.00 | **ESTIMATED MARKET VALUE** | $2,160,000.00 |
|---|---|---|---|---|---|---|

| 56. | Total of Part 9. | $2,160,000.00 |
|---|---|---|
| | Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88. | |

57. Is a depreciation schedule available for any of the property listed in Part 9?
   ■ No
   ☐ Yes

58. Has any of the property listed in Part 9 been appraised by a professional within the last year?
   ■ No
   ☐ Yes

---

**Part 10:   Intangibles and intellectual property**

59 Does the debtor have any interests in intangibles or intellectual property?

   ■ No  Go to Part 11.
   ☐ Yes Fill in the information below.

---

**Part 11:   All other assets**

70. Does the debtor own any other assets that have not yet been reported on this form?
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ☐ No  Go to Part 12
   ■ Yes Fill in the information below.

| | | | | Current value of debtor's interest |
|---|---|---|---|---|

| 71. | Notes receivable Description (include name of obligor) **LOANS RECEIVABLE SEE DETAIL ATTACHED (EXHIBIT II)** | 92,188,729.47  − Total face amount | doubtful or uncollectible amount  0.00  = | $92,188,729.47 |
|---|---|---|---|---|

72. Tax refunds and unused net operating losses (NOLs)
   Description (for example, federal, state, local)

73. Interests in insurance policies or annuities

74. Causes of action against third parties (whether or not a lawsuit has been filed)

75. Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims

76. Trusts, equitable or future interests in property

77. Other property of any kind not already listed *Examples.* Season tickets.

---

Software Copyright (c) 1996-2016 Best Case  LLC   www.bestcase.com                                                                      Best Case Bankruptcy

DF Servicing LLC
List of REO Assets

EXHIBIT I

| BORROWER | PROJECT NAME | ADDRESS | CURRENT STATUS | Estimated Market Value at 11/30/2015 |
|---|---|---|---|---|
| WINDGATE; S.E. | WINDGATE RISE | Windgate II Eugenio Astor Avenue, Bairoa Caguas PR | REO | $ 2,160,000.00 |
| | | | | $ 2,160,000.00 |

Debtor    **DF SERVICING LLC**
          Name                                                    Case number *(If known)* **15-10253-ESL11**

country club membership
**PRE-PAID INSURANCE**
**BALANCE AS OF 11/30/2015**                                                                    **$5,075.80**

78.    **Total of Part 11.**                                                              **$92,193,805.27**
       Add lines 71 through 77. Copy the total to line 90.

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

DF Servicing LLC
List of Loans Receivable

EXHIBIT II

| BORROWER | PROJECT NAME | ADDRESS | Estimated Value at 11/30/2015 |
|---|---|---|---|
| PLAZA 844; INC. | PLAZA OCHO CUARENTA Y CUATRO | Plaza Ocho Curenta Y Cuatro ST Road #850 Las Cuevas Ward Trujillo Alto PR | $ 17,507,297.94 |
| LAGO ESMERALDA DEVELOPERS INC. | EMERALD LAKE PLANTATION | Emerald Lake Plantation RD 175 KM 4 Carraizo Trujillo Alto PR | 36,007,972.10 |
| LAGO ESMERALDA DEVELOPERS INC. | EMERALD LAKE PLANTATION | Carraizo Lake Mansions Carraizo Trujillo Alto PR | 2,612,817.50 |
| LAGO ESMERALDA DEVELOPERS INC. | EMERALD LAKE PLANTATION | Working Capital Trujillo Alto PR | 750,841.84 |
| LAGO ESMERALDA DEVELOPERS INC. | EMERALD LAKE PLANTATION | Emerald Lake Plantation Carraizo Ward Trujillo Alto PR | 2,615,789.93 |
| REGENCY DEVELOPMENT YABUCOA | YABUCOA REAL | Regency Yabucoa State Road 901, Km. 0.9 Juan Martin Ward Yabucoa, PR | 2,293,324.19 |
| DESARROLLADORA PUNTA CARENERO | COSTA BONITA | Costa Bonita Culebra PR | 5,284,312.86 |
| 4 SEASONS CONSTRUCTION CORP. | MONTEMAR VILAS | Montemar Vilas SR 686 Km. 9.6 Yeguada Ward Vega Baja, PR | 10,024,687.17 |
| THE HILLVIEW CONDOMINIUM CORP. | EL CORDOVES | El Cordoves ST RD 846 KM 0.3 Trujillo Alto, PR | 10,144,602.27 |
| IMC DEVELOPMENT;CORP. | QUINTAS DE COAMO | Quintas de Coamo State Road 702, Km. 3.6 Palmarejo Ward, Coamo, PR 00660 | 4,867,083.67 |
| LOS SUENOS DEVELOPMENT; INC. | LOS SUENOS | Los Suenos Development Lot 70 Periferal Norte Street Ciudad Jardin de Gurabo Master Plan Hato Nuevo & Mamey Wards Gurabo, PR | 80,000.00 |
| | | | $ 92,188,729.47 |

Debtor    **DF SERVICING LLC**
          Name

Case number *(if known)*  **15-10253-ESL11**

| Part 12 | Summary |
| --- | --- |

In Part 12 copy all of the totals from the earlier parts of the form

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. Cash, cash equivalents, and financial assets. Copy line 5, Part 1 | $393,408.76 | |
| 81. Deposits and prepayments. Copy line 9, Part 2. | $0.00 | |
| 82. Accounts receivable. Copy line 12, Part 3. | $60,508.25 | |
| 83. Investments. Copy line 17, Part 4. | $0.00 | |
| 84. Inventory. Copy line 23, Part 5. | $0.00 | |
| 85. Farming and fishing-related assets. Copy line 33, Part 6. | $0.00 | |
| 86. Office furniture, fixtures, and equipment; and collectibles. Copy line 43, Part 7. | $0.00 | |
| 87. Machinery, equipment, and vehicles. Copy line 51, Part 8. | $0.00 | |
| 88. Real property. Copy line 56, Part 9................................> | | $2,160,000.00 |
| 89. Intangibles and intellectual property. Copy line 66, Part 10. | $0.00 | |
| 90. All other assets. Copy line 78, Part 11. | + $92,193,805.27 | |
| 91. Total. Add lines 80 through 90 for each column | $92,647,722.28 | + 91b.  $2,160,000.00 |
| 92. Total of all property on Schedule A/B. Add lines 91a+91b=92 | | $94,807,722.28 |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **DF SERVICING LLC** |
| United States Bankruptcy Court for the: | DISTRICT OF PUERTO RICO |
| Case number (if known) | **15-10253-ESL11** |

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                                12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.

■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*       *Property*
(Official Form 206A/B).

2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT TYPE: SERVICE CONTRACT TERMS: MONTH TO MONTH BEGINNING DATE: 9/9/2011 DEBTOR'S INTEREST: SERVICE RECIPIENT DESCRIPTION: TELEPHONE SERVICE BUYOUT OPTION: N/A | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **LIBERTY CABLEVISION PO BOX 71496 San Juan, PR 00936-8596** |

| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT TYPE: SERVICE CONTRACT TERMS: MONTH TO MONTH BEGINNING DATE: DEBTOR'S INTEREST: SERVICE RECIPIENT DESCRIPTION: ACCESS CONTROL SYSTEM REPAIRS AND MAINTENANCE (EMERALD LAKE, PONCE PUERTO RICO) BUYOUT OPTION: N/A | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **TAVAREZ ELECTRONICS CORP PO BOX 808 Sabana Seca, PR 00952** |

Debtor 1  **DF SERVICING LLC**
　　　First Name　　　Middle Name　　　Last Name

Case number *(if known)*  **15-10253-ESL11**

 **Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **CONTRACT TYPE: SERVICE CONTRACT TERMS: MONTH TO MONTH BEGINNING DATE: DEBTOR'S INTEREST: SERVICE RECIPIENT DESCRIPTION: ACCESS CONTROL SYSTEM REPAIRS AND MAINTENANCE (WIND GATE, CAGUAS PUERTO RICO) BUYOUT OPTION: N/A** | |
|---|---|---|---|
| | State the term remaining | | **TAVAREZ ELECTRONICS CORP PO BOX 808 Sabana Seca, PR 00952** |
| | List the contract number of any government contract | | |

| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **CONTRACT TYPE: SERVICE CONTRACT TERMS: ONE (1) YEAR, WITH AUTOMATIC RENEWAL BEGINNING DATE: 1/10/2011 DEBTOR'S INTEREST: SERVICE RECIPIENT DESCRIPTION: ELEVATORS REPAIRS AND MAINTENANCE (WIND GATE, CAGUAS PUERTO RICO) BUYOUT OPTION: N/A** | |
|---|---|---|---|
| | State the term remaining | | **THYSSENKRUPP ELEVATOR CORPORATION PO BOX 933977 Atlanta, GA 31193** |
| | List the contract number of any government contract | | |

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **CONTRACT TYPE: SERVICE CONTRACT TERMS: MONTH TO MONTH BEGINNING DATE: 10/21/2011 DEBTOR'S INTEREST: SERVICE RECIPIENT DESCRIPTION: SECURITY SERVICES (ALTURAS DE CAGUAS, CAGUAS PUERTO RICO) BUYOUT OPTION: N/A** | |
|---|---|---|---|
| | State the term remaining | | **US SECURITY ASSOCIATES INC PO BOX 931703 Atlanta, GA 31193-1703** |

Debtor 1   **DF SERVICING LLC**
First Name          Middle Name          Last Name

Case number (if known)   **15-10253-ESL11**

 **Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

List the contract number of
any government contract

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **CONTRACT TYPE: SERVICE CONTRACT TERMS: MONTH TO MONTH BEGINNING DATE: 11/2/2010 DEBTOR'S INTEREST: SERVICE RECIPIENT DESCRIPTION: SECURITY SERVICES (PLAZA 844, CUPEY PUERTO RICO) BUYOUT OPTION: N/A** | |
|---|---|---|---|
| | State the term remaining | | **US SECURITY ASSOCIATES INC** |
| | List the contract number of any government contract | | **PO BOX 931703** **Atlanta, GA 31193-1703** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **CONTRACT TYPE: SERVICE CONTRACT TERMS: ONE (1) YEAR, WITH AUTOMATIC RENEWAL BEGINNING DATE: 6/4/2012 DEBTOR'S INTEREST: SERVICE RECIPIENT DESCRIPTION: SECURITY SERVICES (EMERALD LAKE PLANTATION, TRUJILLO ALTO PUERTO RICO) BUYOUT OPTION: N/A** | |
|---|---|---|---|
| | State the term remaining | | **US SECURITY ASSOCIATES INC** |
| | List the contract number of any government contract | | **PO BOX 931703** **Atlanta, GA 31193-1703** |

**Fill in this information to identify the case:**

Debtor name   **DF SERVICING LLC**

United States Bankruptcy Court for the:   DISTRICT OF PUERTO RICO

Case number (if known)   **15-10253-ESL11**

☐ Check if this is an
amended filing

## Official Form 207
### Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                    12/15

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:**   **Income**

1. **Gross revenue from business**

    ☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  1/01/2015 to Filing Date | ■ Operating a business<br>MONEY MARKET -<br>☐ Other  INTEREST | $1,207.00 |
| **From the beginning of the fiscal year to filing date:**<br>From  1/01/2015 to Filing Date | ■ Operating a business<br>INTEREST<br>ACCRETION ON<br>☐ Other  LOANS | $8,484,111.00 |
| **For prior year:**<br>From  1/01/2014 to 12/31/2014 | ■ Operating a business<br>INTEREST<br>ACCRETION ON<br>☐ Other  LOANS | $10,141,148.00 |
| **For prior year:**<br>From  1/01/2014 to 12/31/2014 | ■ Operating a business<br>MONEY MARKET -<br>☐ Other  INTEREST | $3,678.00 |
| **For year before that:**<br>From  1/01/2013 to 12/31/2013 | ■ Operating a business<br>INTEREST<br>ACCRETION ON<br>☐ Other  LOANS | $9,394,563.00 |
| **For year before that:**<br>From  1/01/2013 to 12/31/2013 | ■ Operating a business<br>MONEY MARKET -<br>☐ Other  INTEREST | $11,601.00 |

Debtor   **DF SERVICING LLC**                                    Case number *(if known)*  **15-10253-ESL11**

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☐ None.

   |  | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
   |---|---|---|
   | For prior year:<br>From **1/01/2014** to **12/31/2014** | **NET GAIN ON REAL ESTATE HELD FOR SALE (GAAP)** | **$1,256,196.00** |
   | For year before that:<br>From **1/01/2013** to **12/31/2013** | **NET GAIN ON REAL ESTATE HELD FOR SALE (GAAP)** | **$1,950,117.00** |

   ---

   **Part 2:   List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,225. (This amount may be adjusted on 4/01/16 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
   |---|---|---|---|
   | 3.1.   **PLEASE REFER TO EXHIBIT I** |  |  | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>■ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,225. (This amount may be adjusted on 4/01/16 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

   | Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
   |---|---|---|---|
   | 4.1.   **PLEASE REFER TO EXHIBIT II** |  |  |  |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

   | Creditor's name and address | Describe of the Property | Date | Value of property |
   |---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor   DF SERVICING LLC _____   Case number (if known)  15-10253-ESL11

| ■ None | | | |
|---|---|---|---|
| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |

| **Part 3:** | **Legal Actions or Assignments** |
|---|---|

7.  **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
    List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | MIRIAM SOTO SANTIAGO vs. DF SERVICING, LLC<br>AR7040 | CONSTRUCTION DEFECTS CLAIM | DEPARTMENT OF CONSUMER AFFAIRS<br>JOSE DE DIEGO AVENUE<br>STOP 22<br>CENTRO GUBERNAMENTAL MINILLAS<br>San Juan, PR 00940 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | HIRAM OCASIO FERNANDEZ vs. DF SERVICING, LLC<br>PO0005645 | CONSTRUCTION DEFECTS CLAIM | DEPARTMENT OF CONSUMER AFFAIRS<br>JOSE DE DIEGO AVENUE<br>STOP 22<br>CENTRO GUBERNAMENTAL MINILLAS<br>San Juan, PR 00940 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | JOSUE SANTIAGO REYES vs. DF SERVICING, LLC<br>AR7145 | CONSTRUCTION DEFECTS CLAIM | DEPARTMENT OF CONSUMER AFFAIRS<br>JOSE DE DIEGO AVENUE<br>STOP 22<br>CENTRO GUBERNAMENTAL MINILLAS<br>San Juan, PR 00940 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | AMADO SANTINI SANTINI vs. DF SERVICING, LLC<br>CA0003773 | CONSTRUCTION DEFECTS CLAIM | DEPARTMENT OF CONSUMER AFFAIRS<br>JOSE DE DIEGO AVENUE<br>STOP 22<br>CENTRO GUBERNAMENTAL MINILLAS<br>San Juan, PR 00940 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. | ELIZABETH ORTIZ IRIZARRY vs. DF SERVICING, LLC<br>CA0004322 | CONSTRUCTION DEFECTS CLAIM | DEPARTMENT OF CONSUMER AFFAIRS<br>JOSE DE DIEGO AVENUE<br>STOP 22<br>CENTRO GUBERNAMENTAL MINILLAS<br>San Juan, PR 00940 | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Software Copyright (c) 1996-2016 Best Case LLC - www.bestcase.com                        Best Case Bankruptcy

| Debtor | **DF SERVICING LLC** | | Case number *(if known)* **15-10253-ESL11** |

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.6. | BAUTISTA CAYMAN ASSET COMPANY vs. DF INVESTMENTS LLC, DF PROPERTIES LLC, XYZ CORPORATION, AS SUCCESSOR IN INTEREST TO DF PROPERTIES, LLC<br>INDEX NO. 653582/15 | COLLECTION OF MONEY | SUPREME COURT OF THE STATE OF NEW YORK NEW YORK COUNTY COURTHOUSE 60 CENTRE STREET New York, NY 10007 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.7. | DF SERVICING, LLC VS. COSTA BONITA BEACH RESORT, INC., ET. AL.<br>NSCI 2008-00830 | COLLECTION OF MONEY AND FORECLOSURE ACTIONS | COURT OF FIRST INSTANCE OF PUERTO RICO | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.8 | DF SERVICING, LLC VS. HILLVIEW CONDOMINIUM CORP., ET. AL.<br>FCD-2010-1378 | COLLECTION OF MONEY AND FORECLOSURE ACTIONS | COURT OF FIRST INSTANCE OF PUERTO RICO | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.9. | DF SERVICING, LLC VS. TERRAZAS DE BORINQUEN INC.<br>NSCI-2011-1071 | COLLECTION OF MONEY AND FORECLOSURE ACTIONS | COURT OF FIRST INSTANCE OF PUERTO RICO | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.10 | DORAL BANK/DORAL FINANCIAL, CORP., VS. LAGO ESMERALDA DEVELOPMENT, INC.<br>FCD-2009-1944 | COLLECTION OF MONEY AND FORECLOSURE ACTIONS | COURT OF FIRST INSTANCE OF PUERTO RICO | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ■ None

**Part 4:    Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

   ■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

    ■ None.

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)* | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:    Certain Payments or Transfers**

Debtor  **DF SERVICING LLC**                    Case number *(if known)*  **15-10253-ESL11**

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1. **CHARLES A. CUPRILL P.C.S. LAW OFFICES 356 FORTALEZA STREET SECOND FLOOR San Juan, PR 00901** | **RETAINER FEES - LEGAL SERVICES** | **11/20/2015** | **$60,000.00** |
| Email or website address **ccuprill@cuprill.com** | | | |
| Who made the payment, if not debtor? **DF INVESTMENTS, LLC** | | | |
| 11.2. **CPA LUIS R. CARRASQUILLO & CO., P.S.C. TURABO GARDENS 28 STREET TI-26 Caguas, PR 00725** | **ADVANCED PAYMENT FOR ACCOUNTING SERVICES** | **12/16/2015** | **$10,000.00** |
| Email or website address **luis@cpacarrasquillo.com** | | | |
| Who made the payment, if not debtor? **DF INVESTMENTS, LLC** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| 13.1 **PLEASE REFER TO EXHIBIT II** | | | **$0.00** |
| Relationship to debtor | | | |

**Part 7:  Previous Locations**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor **DF SERVICING LLC**                                   Case number (if known) **15-10253-ESL11**

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

**Address**                                                   **Dates of occupancy From-To**

---

**Part 8:** Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

---

**Part 9:** Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

---

**Part 10:** Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | DORAL BANK<br>PO BOX 362708<br>San Juan, PR 00936-2708 | XXXX-9570 | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other__ | | $0.00 |
| 18.2. | DORAL BANK<br>PO BOX 362708<br>San Juan, PR 00936-2708 | XXXX-6093 | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other__ | | $0.00 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor  **DF SERVICING LLC**                                    Case number *(if known)*  **15-10253-ESL11**

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.3. | **WELLS FARGO WELLS FARGO BANK N.A. 150 EAST 42ND STREET 27TH FLOOR New York, NY 10017** | **XXXX-5356** | ☐ Checking<br>☐ Savings<br>■ Money Market<br>☐ Brokerage<br>☐ Other____ | | **$0.00** |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:   Details About Environment Information**

For the purpose of Part 12, the following definitions apply.
  *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

  *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

  *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.  Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

  ■ No.
  ☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

| Debtor | **DF SERVICING LLC** | Case number *(if known)* **15-10253-ESL11** |
|---|---|---|

■ No.

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. Has the debtor notified any governmental unit of any release of hazardous material?

■ No.

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:** Details About the Debtor's Business or Connections to Any Business

25. Other businesses in which the debtor has or has had an interest

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| | | Dates business existed |

26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1. **TESS STEYN**<br>**PO BOX 363685**<br>**San Juan, PR 00936** | **2010 TO PRESENT** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.1. **AFS-CPA GROUP, LLC**<br>**CHURCH HILL J 4**<br>**TORRIMAR**<br>**Guaynabo, PR 00966** | **2014 TO PRESENT** |

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.2. **LANDA UMPIERRE PSC**<br>**PO BOX 363642**<br>**San Juan, PR 00936** | **2012- 2013** |

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.3. | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | DF SERVICING LLC | | Case number (if known) | 15-10253-ESL11 |
|---|---|---|---|---|

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26c.1.    **TESS STEYN**
          **PO BOX 363685**
          **San Juan, PR 00936**

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

**Name and address**

26d.1.    **DORAL BANK**
          **PO BOX 70354**
          **San Juan, PR 00936-8354**

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the Inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each Inventory |
|---|---|---|

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any Interest | % of Interest, if any |
|---|---|---|---|
| DF INVESTMENTS, LLC | PO BOX 363685 San Juan, PR 00936 | INTEREST OWNER | 100% OWNERSHIP |
| Name | Address | Position and nature of any Interest | % of Interest, if any |
| MARK MASHBURN | PO BOX 363685 San Juan, PR 00936 | PRESIDENT | 0% OWNERSHIP |
| Name | Address | Position and nature of any Interest | % of Interest, if any |
| SAUL SCHERL | PO BOX 363685 San Juan, PR 00936 | VICE-PRESIDENT | 0% OWNERSHIP |
| Name | Address | Position and nature of any Interest | % of Interest, if any |
| TESS STEYN | PO BOX 363685 San Juan, PR 00936 | SECRETARY | 0% OWNERSHIP |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No
☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

Debtor   **DF SERVICING LLC**                                 Case number (if known)  **15-10253-ESL11**

---

■ No
☐ Yes. Identify below

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

**31.** Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

■ No
☐ Yes. Identify below

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32.** Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

■ No
☐ Yes. Identify below

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**Part 14:   Signature and Declaration**

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **January 19, 2016**

_____          **MARK MASHBURN**
Signature of individual signing on behalf of the debtor     Printed name

Position or relationship to debtor   **PRESIDENT**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
■ No
☐ Yes

EXHIBIT I

## Check Register

### DF SERVICING LLC

Period: From 09/2015 to 12/2015

| Check # | Bank Code | Payee Name | Check Date | Amount | Notes |
|---|---|---|---|---|---|
| 10272015 | dfs | FOUR SQUARE ADVISORS LLC | 10/27/2015 | 11,365.96 | CM and Job Cost Allocation |
| | | **FOUR SQUARE ADVISORS LLC TOTAL** | | **11,365.96** | |
| 3942 | dfs | MGC CONSTRUCTION CORP. | 10/2/2015 | 22,426.05 | Construction Services |
| | | **MGC CONSTRUCTION CORP. TOTAL** | | **22,426.05** | |
| 3954 | dfs | Municipality of Arecibo | 10/15/2015 | 9,063.40 | VOB |
| 3955 | dfs | Municipality of Arecibo | 10/15/2015 | 3,288.58 | VOB |
| 3956 | dfs | Municipality of Arecibo | 10/15/2015 | 503.03 | VOB |
| | | **Municipality of Arecibo TOTAL** | | **12,855.01** | |
| 3943 | dfs | SCC- GMC | 10/2/2015 | 8,000.00 | Construction Services |
| | | **SCC- GMC TOTAL** | | **8,000.00** | |
| 11102015 | dfs | Universidad Interamericana de PR | 11/10/2015 | 75,000.00 | Developer Settlement |
| | | **Universidad Interamericana de PR TOTAL** | | **75,000.00** | |
| 3945 | dfs | US SECURITY ASSOCIATES INC. | 10/2/2015 | 3,440.89 | Security Services |
| 3964 | dfs | US SECURITY ASSOCIATES INC. | 10/19/2015 | 3,440.89 | Security Services |
| 3981 | dfs | US SECURITY ASSOCIATES INC. | 11/4/2015 | 9,711.75 | Security Services |
| 3991 | dfs | US SECURITY ASSOCIATES INC. | 12/15/2015 | 22,273.87 | Security Services |
| | | **US SECURITY ASSOCIATES INC. TOTAL** | | **38,867.40** | |
| | | **GRAND TOTAL** | | $ **168,514.42** | |

EXHIBIT II

## Check Register

DF Servicing LLC

Case Number: 15-10253-ESL11

### PAYMENTS ON BEHALF OF INSIDERS

| Date | Person/Description | Credit | Remarks |
|---|---|---|---|
| 1/30/2015 | DF INVESTMENTS LLC | 2,500,000.00 | Cash Transfer to Fund Operations |
| 2/13/2015 | DF INVESTMENTS LLC | 12,200,000.00 | Cash Transfer to Fund Operations |
| 3/5/2015 | DF INVESTMENTS LLC | 2,190,000.00 | Cash Transfer to Fund Operations |
| 3/20/2015 | DF INVESTMENTS LLC | 15,000.00 | Cash Transfer to Fund Operations |
| 3/20/2015 | DF INVESTMENTS LLC | 10,000.00 | Cash Transfer to Fund Operations |
| 5/18/2015 | DF INVESTMENTS LLC | 5,000.00 | Cash Transfer to Fund Operations |
| 6/4/2015 | DF INVESTMENTS LLC | 25,000.00 | Cash Transfer to Fund Operations |
| 6/24/2015 | DF INVESTMENTS LLC | 85,000.00 | Cash Transfer to Fund Operations |
| 6/29/2015 | DF INVESTMENTS LLC | 12,510.25 | Cash Transfer to Fund Operations |
| 7/8/2015 | DF INVESTMENTS LLC | 27,315.62 | Cash Transfer to Fund Operations |
| 7/27/2015 | DF INVESTMENTS LLC | 150,038.46 | Cash Transfer to Fund Operations |
| 10/1/2015 | DF INVESTMENTS LLC | 1,159.94 | Cash Transfer to Fund Operations |
| 12/15/2015 | DF INVESTMENTS LLC | 15,000.00 | Cash Transfer to Fund Operations |
| 12/15/2015 | DF INVESTMENTS LLC | 2,000.00 | Cash Transfer to Fund Operations |
| 1/14/2015 | FOUR SQUARE ADVISORS LLC | 41,038.61 | CM and Job Cost Allocation |
| 2/13/2015 | FOUR SQUARE ADVISORS LLC | 14,258.82 | CM and Job Cost Allocation |
| 3/20/2015 | FOUR SQUARE ADVISORS LLC | 4,563.22 | CM and Job Cost Allocation |
| 4/16/2015 | FOUR SQUARE ADVISORS LLC | 2,783.96 | CM and Job Cost Allocation |
| 5/1/2015 | FOUR SQUARE ADVISORS LLC | 36,510.78 | CM and Job Cost Allocation |
| 5/6/2015 | FOUR SQUARE ADVISORS LLC | 1,804.36 | CM and Job Cost Allocation |
| 6/17/2015 | FOUR SQUARE ADVISORS LLC | 559.31 | CM and Job Cost Allocation |
| 7/29/2015 | FOUR SQUARE ADVISORS LLC | 42,675.22 | CM and Job Cost Allocation |
| 9/11/2015 | FOUR SQUARE ADVISORS LLC | 10,472.90 | CM and Job Cost Allocation |
| 9/18/2015 | FOUR SQUARE ADVISORS LLC | 10,503.59 | CM and Job Cost Allocation |
| 10/27/2015 | FOUR SQUARE ADVISORS LLC | 11,365.96 | CM and Job Cost Allocation |
| | | 17,414,561.00 | |